| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>PNC BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>PN196<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>RAFAEL ROSARIO-PAULINO<br><br> Debtor(s). | Case No.: 21-11993 CMG<br><br>Adv. No.:<br><br>Hearing Date: November 17, 2021<br><br>Judge: Honorable Christine M. Gravelle |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

    ☐ represent the _____ in this matter.

    ☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 17, 2021, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a.  Order Resolving Objection to Confirmation.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ROBERT C. NISENSON<br>ROBERT C. NISENSON, LLC<br>10 AUER COURT<br>SUITE E<br>EAST BRUNSWICK, NJ 08816 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER<br>SUITE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| RAFAEL ROSARIO-PAULINO<br>57 ASH STREET<br>CARTERET, NJ 07008 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 17, 2021        /S/ KELLY MASTANDREA
                                Kelly Mastandrea,
                                Paralegal