| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>PNC BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>PN196<br>bankruptcy@fskslaw.com | **Order Filed on November 23, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>RAFAEL ROSARIO-PAULINO<br><br><br>Debtor(s). | Case No.: 21-11993 CMG<br><br>Adv. No.:<br><br>Hearing Date: November 17, 2021<br><br>Judge: Honorable Christine M. Gravelle |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: November 23, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor(s): RAFAEL ROSARIO-PAULINO
Case No: 21-11993 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, regarding a second mortgage as to certain real property known as <u>57 ASH STREET, CARTERET, NJ 07008</u> as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The arrearage claim (#8-1) of Secured Creditor shall be allowed and paid through the Chapter 13 plan.

2. The Debtor(s) shall maintain regular monthly mortgage payments on this loan effective with the first payment due after the date of bankruptcy filing.

3. The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

5. The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.