| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>(732-238-8777<br>Robert C. Nisenson, Esq.<br>Attorneys for Debtor<br>RCN 6680 | Order Filed on March 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 21-11993 CMG |
| In the Matter of<br><br>RAFAEL ROSARIO-PAULINO<br><br>              DEBTORS | Hearing Date: 3/16/22 |

### Order Authorizing Debtor to Enter Into Forbearance Agreement

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED.**

**DATED: March 17, 2022**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re:** | **:** Case #:  21-11993 CMG |
| | **:** Date of Hearing: |
| | **:** |
| **RAFAEL ROSARIO-PAULINO** | **:** |
| | **: ORDER TO** |
| | **: APPROVE FORBEARANCE** |
| | **: AGREEMENT** |
| | **:** |

    This matter having been opened to the Court upon motion of Debtors by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking an Order to Approve a Forbearance Agreement with PNC Bank and the Debtors appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

    **ORDERED** that the Trustee allow the Debtors to enter into a Forbearance Agreement with PNC Bank; and it is further;

    **ORDERED** that a copy of this Order shall be served upon all parties within __5__ days of the date hereof.

-2-