Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  21−11993−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rafael Rosario−Paulino
    57 Ash St.
    Carteret, NJ 07008

Social Security No.:
    xxx−xx−5417

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on February 23, 2022.

    On 03/15/2022 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            April 20, 2022
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 16, 2022
JAN: mjb

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 21-11993-CMG

Rafael Rosario-Paulino     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Mar 16, 2022     Form ID: 185     Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rafael Rosario-Paulino, 57 Ash St., Carteret, NJ 07008-1903 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 16 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 16 2022 20:42:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 519135988 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2022 20:56:39 | Citibank, Citi Mtg, Inc/Bankruptcy, Mc- 730 Po Box 790130, O'Fallon, MO 63368 |
| 519135987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2022 20:56:39 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519135989 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2022 20:56:34 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519143173 | + | Email/Text: mrdiscen@discover.com | Mar 16 2022 20:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519135990 | + | Email/Text: mrdiscen@discover.com | Mar 16 2022 20:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519135991 | + | Email/Text: dplbk@discover.com | Mar 16 2022 20:43:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 519151188 | + | Email/Text: dplbk@discover.com | Mar 16 2022 20:43:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519135985 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2022 20:45:58 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519156917 | + | Email/Text: RASEBN@raslg.com | Mar 16 2022 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519206939 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 16 2022 20:42:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519208912 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 16 2022 20:42:00 | PNC Bank, National Association, P.O. BOX 94982, Attn: Bankruptcy, Cleveland, OH 44101-0570 |
| 519135992 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 185 | Total Noticed: 24 |

| | | Mar 16 2022 20:42:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
|---|---|---|---|
| 519213635 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2022 20:45:47 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519218158 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2022 20:46:03 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519207831 | + Email/PDF: gecsedi@recoverycorp.com | Mar 16 2022 20:45:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519135994 | + Email/PDF: gecsedi@recoverycorp.com | Mar 16 2022 20:45:44 | Synchrony Bank, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519137307 | + Email/PDF: gecsedi@recoverycorp.com | Mar 16 2022 20:45:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519135995 | + Email/PDF: gecsedi@recoverycorp.com | Mar 16 2022 20:45:29 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519135996 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 16 2022 20:42:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519187016 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 16 2022 20:42:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519135986 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519135993 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022         Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 16, 2022 | Form ID: 185 | Total Noticed: 24 |

Denise E. Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo
    on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Robert C. Nisenson
    on behalf of Debtor Rafael Rosario-Paulino r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Tammy L. Terrell
    on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8