Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−11993−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rafael Rosario−Paulino
   57 Ash St.
   Carteret, NJ 07008

Social Security No.:
   xxx−xx−5417

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 22, 2022.


Dated: April 22, 2022
JAN: dmi

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 21-11993-CMG

Rafael Rosario-Paulino                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                                                Page 1 of 3
Date Rcvd: Apr 22, 2022              Form ID: plncf13                                      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rafael Rosario-Paulino, 57 Ash St., Carteret, NJ 07008-1903 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2022 20:36:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 519135988 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 20:41:26 | Citibank, Citi Mtg, Inc/Bankruptcy, Mc- 730 Po Box 790130, O'Fallon, MO 63368 |
| 519135987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 20:41:17 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519135989 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 20:41:35 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519143173 | + | Email/Text: mrdiscen@discover.com | Apr 22 2022 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519135990 | + | Email/Text: mrdiscen@discover.com | Apr 22 2022 20:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519135991 | + | Email/Text: dplbk@discover.com | Apr 22 2022 20:37:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 519151188 | + | Email/Text: dplbk@discover.com | Apr 22 2022 20:37:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519135985 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 22 2022 20:41:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519156917 | + | Email/Text: RASEBN@raslg.com | Apr 22 2022 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519206939 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2022 20:36:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519208912 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2022 20:36:00 | PNC Bank, National Association, P.O. BOX 94982, Attn: Bankruptcy, Cleveland, OH 44101-0570 |
| 519135992 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: plncf13 | Total Noticed: 24 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 22 2022 20:36:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519213635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 20:41:15 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519218158 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 20:41:34 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519207831 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519135994 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:33 | Synchrony Bank, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 519137307 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519135995 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:34 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519135996 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 22 2022 20:36:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519187016 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 22 2022 20:36:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519135986 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519135993 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: plncf13 | Total Noticed: 24 |

Denise E. Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Jill Manzo
    on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Robert C. Nisenson
    on behalf of Debtor Rafael Rosario-Paulino r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Tammy L. Terrell
    on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9