| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>PNC BANK, NATIONAL ASSOCIATION<br>JILL A. MANZO, ESQ.<br>PN196<br>bankruptcy@fskslaw.com | Order Filed on May 3, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RAFAEL ROSARIO-PAULINO<br><br><br>Debtor(s). | Case No.: 21-11993 CMG<br><br>Adv. No.:<br><br>Hearing Date: April 20, 2022<br><br>Judge: Honorable Christine M. Gravelle |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: May 3, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): RAFAEL ROSARIO-PAULINO
Case No: 21-11993 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of **FEIN, SUCH, KAHN & SHEPARD, P.C.**, Attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, as to certain real property known as **57 ASH STREET CARTERET, NJ 07008** as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Debtor(s) shall maintain regular monthly mortgage payments on this loan effective with the first payment due after the date of bankruptcy filing.

2. The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

3. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

4. The Movant shall serve this Order on the Debtor(s), and Trustee and other party who entered an appearance on the Objection.